# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:16-CR-01557(1)-OLG |
| | § | |
| (1) JAY ALEXANDER MARTINEZ | § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 3, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, November 28, 2017 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 7th day of November, 2017.

ORLANDO L GARCIA
CHIEF U.S. DISTRICT JUDGE